**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, Jr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KORY HONEA, Butte County Sheriff; et al., <br><br> Defendants - Appellees. | No. 24-5777 <br><br> D.C. No. 2:22-cv-02313-DAD-CKD <br> Eastern District of California, Sacramento <br><br> ORDER |

A review of the district court docket reflects that appellant was permitted to proceed in forma pauperis in the district court, and that such permission has not been revoked to date. Consequently, appellant's forma pauperis status continues in this court. Fed. R. App. P. 24(a). Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant must pay the full amount of the filing and docketing fees for this appeal when funds are available in appellant's account.

Consequently, within 21 days after the filing date of this order, appellant must complete and **file with this court** the enclosed authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $605.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will continue to be collected regardless of the date or manner of disposition of this

appeal. *See* 28 U.S.C. § 1915(b)(2) and (e)(2). Appellant is not responsible for payment when the funds in appellant's prison trust account total less than $10.00, but payments must resume when additional deposits are made or funds are otherwise available.

If appellant fails to comply with this order, the appeal may be dismissed by the Clerk. *See* 9th Cir. R. 42-1.

The Clerk will send a prisoner authorization form to appellant.

FOR THE COURT:

MOLLY C. DWYER<br>CLERK OF COURT