Appeal No. 24-5777

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

MICHAEL MITCHUM,

*Plaintiff and Appellant,*

vs.

KORY HONEA, et al.

*Defendants and Appellees.*

_____

On Appeal from a Decision of the United States District Court,
Eastern District of California, Case No. 2:22-cv-02313-DAD-CKD
The Honorable Dale A. Drozd

## APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD

PORTER SCOTT
A Professional Corporation
William E. Camy, SBN 291397
Christopher M. Egan, SBN 232301
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone: 916.929.1481
Facsimile: 916.927.3706
Attorneys for Defendants/Appellees
COUNTY OF BUTTE and BUTTE
COUNTY SHERIFF KORY
HONEA

# INDEX OF DOCUMENTS IN
# SUPPLEMENTAL EXCERPTS OF RECORD

| DOCKET NO. | DATED | DOCUMENT | SER NO. |
|---|---|---|---|
| ECF 11 | 03/28/23 | Order and Findings and Recommendations | SER 003-005 |
| ECF 10 | 03/21/23 | Notice of How to Proceed filed by Michael Ernest Mitchum, Jr. | SER 006 |
| ECF 7 | 03/03/23 | District Court Order | SER 007-010 |
| | | District Court's Civil Docket | SER 011-019 |

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL ERNEST MITCHUM, JR.,              No.  2:22-cv-2313 CKD P

12              Plaintiff,

13         v.                                   ORDER AND

14    KORY HONEA, et al.,                       FINDINGS AND RECOMMEDATIONS

15              Defendants.

16

17         Plaintiff is a Butte County Jail prisoner proceeding pro se with civil action.  On March 6,

18    2023, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. §

19    1915A(a).  The court gave plaintiff two options:  (1) proceed on a claim arising under the

20    Americans with Disabilities Act (ADA) against defendant Butte County based upon plaintiff's

21    allegations that he suffered injuries as a result of a lack of handrails near toilets and showers; or

22    (2) seek leave to file an amended complaint in an attempt to cure deficiencies in the original

23    complaint concerning other claims and defendants.  Plaintiff has indicated he wishes to proceed

24    on the claim described above.

25         Accordingly, IT IS HEREBY ORDERED that:

26         1.  Service is appropriate for defendant Butte County.

27         2.  The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an instruction

28    sheet, and a copy of the complaint.

1

1    3.  Within thirty days from the date of this order, plaintiff shall complete the attached

2    Notice of Submission of Documents and submit the following documents to the court:

3              a.  The completed Notice of Submission of Documents;

4              b.  One completed summons;

5              c.  One completed USM-285 form; and

6              d.  Two copies of the complaint.

7    4.  Plaintiff need not attempt service on defendant and need not request waiver of service.

8    Upon receipt of the above-described documents, the court will direct the United States Marshal to

9    serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment

10   of costs.

11   5.  The Clerk of the Court assign a district court judge to this case.

12   IT IS HEREBY RECOMMENDED that all claims and defendants except for a claim

13   arising under the Americans with Disabilities Act (ADA) against defendant Butte County based

14   upon plaintiff's allegations that he suffered injuries as a result of a lack of handrails near toilets

15   and showers be dismissed.

16   These findings and recommendations are submitted to the United States District Judge

17   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

18   after being served with these findings and recommendations, plaintiff may file written objections

19   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

20   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

21   time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

22   Cir. 1991).

23   Dated:  March 28, 2023

24   _____
     CAROLYN K. DELANEY
25   UNITED STATES MAGISTRATE JUDGE

26

27   1
     mitc2240.8

28

2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ERNEST MITCHUM, JR.,              No.  2:22-cv-2323 CKD P

12              Plaintiff,

13        v.                                   NOTICE OF SUBMISSION

14   KORY HONEA, et al.,                       OF DOCUMENTS

15              Defendants.

16

17        Plaintiff submits the following documents in compliance with the court's order filed

18   _____:

19        ____        completed summons form

20        ____        completed USM-285 forms

21        ____        copies of the _____
                                    Complaint

22

23   DATED:

24

25                                        _____
                                              Plaintiff
26

27

28

                                           3



**FILED**

MAR 2 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ERNEST MITCHUM, JR.,

              Plaintiff,

      v.

KORY HONEA, et al.,

              Defendants.

No.  2:22-cv-2313 CKD P

PLAINTIFF'S NOTICE OF

HOW TO PROCEED

**Check one**:

  _X_ Plaintiff wants to proceed immediately on a claim arising under the Americans with Disabilities Act against defendant Butte County based upon plaintiff's allegations that he suffered injuries as a result of a lack of handrails near toilets and showers.

    **OR**

  _____ Plaintiff wants time to file an amended complaint.

DATED: *March 10th, 2023*

1/hh
mitc2313.14

4

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL ERNEST MITCHUM, JR.,            No.  2:22-cv-2313 CKD P

12            Plaintiff,

13        v.                                  ORDER

14    KORY HONEA, et al.,

15            Defendants.

16

17        Plaintiff is a Butte County Jail prisoner proceeding pro se with civil action.  This

18    proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

19        Plaintiff requests leave to proceed in forma pauperis.  Since plaintiff has submitted a

20    declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted.

21    Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

22    1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the

23    initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

24    Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

25    month's income credited to plaintiff's prison trust account.  These payments will be forwarded by

26    the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

27    exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

28    /////

                                          1

1    The court is required to screen complaints brought by prisoners seeking relief against a

2  governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

3  court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

4  "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

5  monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

6    Having conducted the required screening with respect to plaintiff's complaint (ECF No.

7  1), the court finds that plaintiff may proceed on a claim arising under the Americans with

8  Disabilities Act (ADA) against defendant Butte County based upon plaintiff's allegations that he

9  suffered injuries as a result of a lack of handrails near toilets and showers.

10    With respect to the other claims and defendants, the allegations do not amount to claims

11  upon which plaintiff may proceed.  At this point, plaintiff has two options:  1) proceed

12  immediately on the claim identified above; or 2) attempt to cure the deficiencies in plaintiff's

13  complaint in an amended complaint.  In considering whether to amend, the court advises plaintiff

14  as follows:

15    1.  There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link

16  or connection between a defendant's actions and the claimed deprivation.  Rizzo v. Goode, 423

17  U.S. 362 (1976).  Furthermore, vague and conclusory allegations of official participation in civil

18  rights violations are not sufficient.  Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).

19    2.  Plaintiff alleges Butte County violated a consent decree emanating from a Butte

20  County Superior Court case.  Plaintiff is informed that this court has no jurisdiction to grant relief

21  for the violation of a state court consent decree.  See 28 U.S.C. § 1330 et seq.

22    3.  Title II of the Americans with Disabilities Act (ADA) "prohibit[s] discrimination on

23  the basis of disability."  Lovell v. Chandler, 303 F.3d 1039, 1052 (9th Cir. 2002).  "To establish a

24  violation of Title II of the ADA, a plaintiff must show that (1) [he] is a qualified individual with a

25  disability; (2) [he] was excluded from participation in or otherwise discriminated against with

26  regard to a public entity's services, programs, or activities; and (3) such exclusion or

27  discrimination was by reason of [his] disability."  Id. at 1052.  "To recover monetary damages

28  under Title II of the ADA, a plaintiff must prove intentional discrimination on the part of the

2

1 | defendant," and the standard for intentional discrimination is deliberate indifference.  Duvall v.

2 | County of Kitsap, 260 F.3d 1124, 1138 (9th Cir. 2001).

3 |      4.  Plaintiff cannot sue an individual for damages under the ADA.  Vinson v. Thomas, 288

4 | F.3d 1145, 1156 (9th Cir. 2002).

5 |      5.  Under Rule 20 of the Federal Rules of Civil Procedure, plaintiff cannot bring unrelated

6 | claims against different defendants.  Simply put, plaintiff cannot join claims against defendant B

7 | that have nothing to do with those brought against defendant A.

8 |      In accordance with the above, IT IS HEREBY ORDERED that:

9 |      1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

10 |      2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  All fees

11 | shall be collected and paid in accordance with this court's order to the Butte County Sheriff filed

12 | concurrently herewith.

13 |      3.  Plaintiff is granted 21 days within which to complete and return the attached form

14 | notifying the court whether he wants to proceed on the claim identified in this order or file an

15 | amended complaint in an attempt to cure the deficiencies in his original complaint.  If plaintiff

16 | does not return the form, this action will proceed on the claim described above.

17 | Dated:  March 3, 2023

18 | _____

19 | CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

20

21

22 | 1
case2240.op

23

24

25

26

27

28

Case 2:22-cv-02313-DAD-CKD   Document 7   Filed 03/06/23   Page 4 of 4

1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 MICHAEL ERNEST MITCHUM, JR.,         No.  2:22-cv-2313 CKD P

13          Plaintiff,

14     v.                               PLAINTIFF'S NOTICE OF

15 KORY HONEA, et al.,                  HOW TO PROCEED

16          Defendants.

17

18 **Check one**:

19 _____ Plaintiff wants to proceed immediately on a claim arising under the Americans with

20 Disabilities Act against defendant Butte County based upon plaintiff's allegations that he suffered

21 injuries as a result of a lack of handrails near toilets and showers.

22      **OR**

23 _____ Plaintiff wants time to file an amended complaint.

24 DATED:

25

26

27 1/hh
   mitc2313.14

28

4

LIVE 1.8.3 NEXTGEN CM/ECF - U.S. District Court for Eastern California

PRISONER_CIVIL_RIGHTS,APPEAL,CLOSED

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:22-cv-02313-DAD-CKD

(PC) Mitchum v. Honea et al
Assigned to: District Judge Dale A. Drozd
Referred to: Magistrate Judge Carolyn K. Delaney
Case in other court: US Court of Appeals, 23-01826
                       US Court of Appeals, 24-05777
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/29/2022
Date Terminated: 09/04/2024
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Michael Ernest Mitchum, Jr**

represented by **Michael Ernest Mitchum, Jr**
166925
BUTTE COUNTY JAIL
7 Gillick Way
Oroville, CA 95965
PRO SE

V.

**Defendant**

**Kory Honea**
*Butte County Sheriff*
*TERMINATED: 08/10/2023*

represented by **William E. Camy**
Porter Scott, A Professional Corporation
2180 Harvard Street
Suite 500
Sacramento, CA 95815
916-929-1481
Email: wcamy@porterscott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew W. Gross**
Porter Scott
2180 Harvard Street
Suite 500
Sacramento, CA 95815
916-929-1481
Email: mgross@porterscott.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hal Brooks**
*TERMINATED: 08/10/2023*

**Defendant**

**Al Saracini**
*TERMINATED: 08/10/2023*

SER 011

**Defendant**

**Jane Dolan**
*TERMINATED: 08/10/2023*

**Defendant**

**Hilda Wheeler**
*TERMINATED: 08/10/2023*

**Defendant**

**Bertha Moseley**
*TERMINATED: 08/10/2023*

**Defendant**

**Len Fulton**
*TERMINATED: 08/10/2023*

**Defendant**

**D. Hovey**
*Butte County Sheriff Captain and Jail
Commander
TERMINATED: 08/10/2023*

**Defendant**

**Brian Meyers**
*Butte Co. Sheriff Jail Lieutenant
TERMINATED: 08/10/2023*

**Defendant**

**L. Niles**
*Jail Sergeant
TERMINATED: 08/10/2023*

**Defendant**

**Hancock**
*Jail Sergeant
TERMINATED: 08/10/2023*

**Defendant**

**Adamson**
*Butte Co Jail Correctional Deputy
TERMINATED: 08/10/2023*

**Defendant**

**K Dunn**
*Butte Co. Jail Correctional Deputy
TERMINATED: 08/10/2023*

**Defendant**

**Butte County**                                   represented by **William E. Camy**
                                                    (See above for address)
                                                    *LEAD ATTORNEY
                                                    ATTORNEY TO BE NOTICED*

**Matthew W. Gross**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2022 | 1 | PRISONER CIVIL RIGHTS COMPLAINT against Adamson, Hal Brooks, Jane Dolan, K Dunn, Len Fulton, Hancock, Kory Honea, D. Hovey, Brian Meyers, Bertha Moseley, L Niles, Al Saracini, Hilda Wheeler by Michael Ernest Mitchum, Jr.(Perdue, C.) (Entered: 12/30/2022) |
| 12/29/2022 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Michael Ernest Mitchum, Jr. (Perdue, C.) (Entered: 12/30/2022) |
| 12/30/2022 | 3 | PRISONER NEW CASE DOCUMENTS and ORDER RE CONSENT ISSUED. Consent or Decline due by 2/2/2023. (Attachments: # 1 Litigant Letter) (Perdue, C.) (Entered: 12/30/2022) |
| 12/30/2022 | | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Michael Ernest Mitchum, Jr. (Perdue, C.) (Entered: 12/30/2022) |
| 01/17/2023 | | MAIL RETURNED as Undeliverable, Insufficient Address: 3 Prisoner New Case Documents for Magistrate Judge as Presider sent to Michael Ernest Mitchum. Notice of Change of Address due by 3/27/2023. (Licea Chavez, V) (Entered: 01/19/2023) |
| 02/08/2023 | 4 | NOTICE of CHANGE of ADDRESS to Butte County Jail 7 Gillick Way Oroville, CA 95965 by Michael Ernest Mitchum, Jr. (Mena-Sanchez, L) (Entered: 02/09/2023) |
| 02/10/2023 | | RE-SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 02/10/2023) |
| 02/17/2023 | 5 | NOTICE by Michael Ernest Mitchum, Jr., requesting that this filing be constructed as a notice of appeal if this was closed, unknowingly to him. (Kastilahn, A) (Entered: 02/21/2023) |
| 02/17/2023 | 6 | CONSENT/DECLINE of U.S. Magistrate Judge Jurisdiction. Pursuant to Fed. R. Civ. P. 73(b)(1), this document is restricted to attorneys and court staff only. Judges do not have access to view this document and will be informed of a party's response only if all parties have consented to the referral. (Kastilahn, A) (Entered: 02/21/2023) |
| 03/06/2023 | 7 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 03/03/2023 GRANTING the 2 Motion to Proceed IFP and DIRECTING Plaintiff to notify the court within 21 days whether he wants to proceed on the claim identified in this order or file an Amended Complaint. (Spichka, K.) (Entered: 03/06/2023) |
| 03/06/2023 | 8 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 03/03/2023 DIRECTING MONTHLY PAYMENTS be made from Prison Account of Michael Ernest Mitchum, Jr. The Clerk to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Sheriff of Butte County. (cc: Financial) (Spichka, K.) (Entered: 03/06/2023) |
| 03/06/2023 | | SERVICE BY MAIL: 7 & 8 Orders served on Michael Ernest Mitchum Jr. 8 Order (certified) & 2 Motion to Proceed IFP served on the Sheriff of Butte County. (Spichka, K.) (Entered: 03/06/2023) |
| 03/20/2023 | 9 | NOTICE of CHANGE of ADDRESS to 1668 Oro Dam Blvd. #59, Oroville, CA 95965 by Michael Ernest Mitchum, Jr. (Rodriguez, E) (Entered: 03/21/2023) |

| 03/21/2023 | 10 | NOTICE OF HOW TO PROCEED by Michael Ernest Mitchum, Jr. (Mena-Sanchez, L) (Entered: 03/22/2023) |
|---|---|---|
| 03/28/2023 | 11 | ORDER and FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Carolyn K. Delaney on 3/28/2023 ORDERING that service is appropriate for defendant Butte County. Clerk to send plaintiff: 1 Summons, 1 USM-285 Forms, 1 instruction sheet, and 1 copy of the Complaint filed on 12/29/2022. Within 30 days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the required documents to the court. The Clerk of the Court shall assign a district court judge to this case. It is RECOMMENDED that all claims and defendants except for a claim arising under the ADA against defendant Butte County based upon plaintiff's allegations that he suffered injuries as a result of a lack of handrails near toilets and showers be dismissed. District Judge Dale A. Drozd and Magistrate Judge Carolyn K. Delaney assigned for all further proceedings. Referred to District Judge Dale A. Drozd. Objections due within 14 days after being served with these findings and recommendations. New Case Number: 2:22-cv-2313-DAD-CKD (PC).(Huang, H) (Entered: 03/28/2023) |
| 03/28/2023 | | SERVICE BY MAIL: 11 Order and Findings and Recommendations, 1 Summons, 1 USM-285 Form, 1 instruction sheet, and copy of 1 Complaint served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 03/28/2023) |
| 04/03/2023 | 12 | LETTER from Butte County Sheriff re trust account balance and release. (Licea Chavez, V) (Entered: 04/04/2023) |
| 05/01/2023 | 13 | MOTION for 30-DAY EXTENSION OF TIME to submit service documents and NOTICE of CHANGE of ADDRESS to 1027 Sierra, Oroville, CA 95965 by Michael Ernest Mitchum, Jr. (Mena-Sanchez, L) Modified on 5/4/2023 (Huang, H). (Entered: 05/02/2023) |
| 05/04/2023 | | RE-SERVICE BY MAIL: 11 Order and Findings and Recommendations, 1 Summons, 1 USM-285 Form, 1 instruction sheet, and copy of 1 Complaint served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 05/04/2023) |
| 05/09/2023 | 14 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 05/09/2023 GRANTING the 13 Motion for Extension of Time and DENYING Plaintiff's request to file electronically. Submission of Service Documents and Objections to the 11 Findings and Recommendations due within 30 days. (Spichka, K.) (Entered: 05/09/2023) |
| 05/09/2023 | | SERVICE BY MAIL: 14 Order served on Michael Ernest Mitchum Jr. (Spichka, K.) (Entered: 05/09/2023) |
| 06/09/2023 | 15 | NOTICE OF SUBMISSION OF DOCUMENTS: 1 Summons, 1 USM-285 Forms, by Michael Ernest Mitchum, Jr. (Mena-Sanchez, L) (Entered: 06/12/2023) |
| 06/20/2023 | 16 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 6/20/2023 ORDERING that within 30 days, plaintiff shall submit to the court the 2 copies of 1 Complaint required to effect service. (Huang, H) (Entered: 06/20/2023) |
| 06/20/2023 | | SERVICE BY MAIL: 16 Order and 1 Complaint served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 06/20/2023) |
| 07/13/2023 | 17 | NOTICE of CHANGE of ADDRESS to Butte County Jail, 7 Gillick Way, Oroville, CA 95965 by Michael Ernest Mitchum, Jr. (Woodson, A) (Entered: 07/14/2023) |
| 07/17/2023 | | RE-SERVICE BY MAIL: 16 Order and 1 Prisoner Civil Rights Complaint served on Michael Ernest Mitchum Jr. at Butte County Jail. (Spichka, K.) (Entered: 07/17/2023) |
| 07/24/2023 | 18 | MOTION to APPOINT COUNSEL and NOTICE re Case Status Update by Michael Ernest |

| | | |
|---|---|---|
| | | Mitchum, Jr. (Lopez, K) Modified on 7/28/2023 (Spichka, K.). (Entered: 07/25/2023) |
| 07/27/2023 | 19 | NOTICE OF SUBMISSION OF DOCUMENTS: 1 copy of the complaint, re 16 Order by Michael Ernest Mitchum, Jr. (Lopez, K) (Entered: 07/28/2023) |
| 08/02/2023 | 20 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 8/2/2023 DENYING 18 without prejudice, motion to appoint counsel. (Reader, L) (Entered: 08/02/2023) |
| 08/02/2023 | | SERVICE BY MAIL: 20 Order on Motion to Appoint Counsel served on Michael Ernest Mitchum Jr. (Reader, L) (Entered: 08/02/2023) |
| 08/02/2023 | 21 | NOTICE re COPIES, MOTION to APPOINT COUNSEL by Michael Ernest Mitchum, Jr. (Reader, L) Modified on 5/10/2024 (Huang, H). (Entered: 08/03/2023) |
| 08/07/2023 | 22 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 8/7/2023 DIRECTING USM to serve process within 14 days on defendant Butte County. The Clerk is directed to forward to the USM documents for service, the form re consent or request for reassignment and this order. The Clerk shall also send plaintiff a copy of the Local Rules. (Yin, K) (Entered: 08/07/2023) |
| 08/07/2023 | | SERVICE BY MAIL: 22 Order and Local Rules served on Michael Ernest Mitchum Jr. The USM served with instructions for service, completed summons, 1 USM-285 form, 2 copies each of the 12/29/2022 complaint, the order re consent and 22 service process order. (Yin, K) (Entered: 08/07/2023) |
| 08/07/2023 | 23 | ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT signed by Magistrate Judge Carolyn K. Delaney on 8/7/2023. (for USM service) (Yin, K) (Entered: 08/07/2023) |
| 08/09/2023 | 25 | NOTICE of INTERLOCUTORY APPEAL by Michael Ernest Mitchum, Jr as to 24 Order Adopting Findings and Recommendations. (Clemente Licea, O) (Entered: 08/10/2023) |
| 08/10/2023 | 24 | ORDER signed by District Judge Dale A. Drozd on 8/9/2023 ADOPTING IN FULL the 11 Findings and Recommendations issued on 3/28/2023. This action shall proceed on plaintiff's ADA claim against defendant Butte County based on allegations that plaintiff suffered injuries as a result of a lack of handrails near toilets and showers. All other claims brought by plaintiff in this action and all other defendants named in plaintiff's complaint are DISMISSED. The Clerk shall update the docket to reflect the termination of all defendants except defendant Butte County. This action is REFERRED back to the assigned magistrate judge for further proceedings consistent with this order. (Yin, K) (Entered: 08/10/2023) |
| 08/10/2023 | | SERVICE BY MAIL: 24 Order Adopting Findings and Recommendations served on Michael Ernest Mitchum Jr. (Yin, K) (Entered: 08/10/2023) |
| 08/10/2023 | 26 | APPEAL PROCESSED to Ninth Circuit re 25 Notice of Interlocutory Appeal filed by Michael Ernest Mitchum, Jr.. Notice of Appeal filed *8/9/2023*, Complaint filed *12/29/2022* and Appealed Order / Judgment filed *8/10/2023*. Court Reporter: *n/a*. *Fee Status: IFP Granted on 3/6/2023* (Attachments: # 1 Appeal Information) (Clemente Licea, O) (Entered: 08/10/2023) |
| 08/10/2023 | | SERVICE BY MAIL: 26 Appeal Processed to USCA, served on Michael Ernest Mitchum Jr. (Clemente Licea, O) (Entered: 08/10/2023) |
| 08/15/2023 | 27 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 8/15/2023 DENYING 21 Motion to Appoint Counsel without prejudice. (Huang, H) (Entered: 08/15/2023) |
| 08/15/2023 | | SERVICE BY MAIL: 27 Order served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/16/2023 | 28 | USCA CASE NUMBER 23-1826 for 25 Notice of Interlocutory Appeal filed by Michael Ernest Mitchum, Jr. (Licea Chavez, V) (Entered: 08/16/2023) |
| 09/27/2023 | 29 | USCA ORDER DISMISSING 25 Notice of Interlocutory Appeal for lack of jurisdiction. (Mena-Sanchez, L) (Entered: 09/29/2023) |
| 10/19/2023 | 30 | USCA MANDATE as to 29 USCA Order re 25 Notice of Interlocutory Appeal. (Benson, A.) (Entered: 10/20/2023) |
| 10/19/2023 | 31 | SUMMONS RETURNED EXECUTED: Butte County served on 10/11/2023. (Lopez, K) (Entered: 10/20/2023) |
| 11/01/2023 | 32 | MOTION (Ex Parte Application) for Extension of Time to File Responsive Pleading to Complaint by Butte County, Kory Honea. Attorney Gross, Matthew W. added. (Attachments: # 1 Declaration of Gross, # 2 Proposed Order) (Gross, Matthew) Modified on 11/2/2023 (Spichka, K.). (Entered: 11/01/2023) |
| 11/02/2023 | 33 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 11/02/2023 GRANTING 32 Ex Parte Application for Extension of Time. Defendants' Responsive Pleading to 1 Complaint is due on 11/29/2023.(Lopez, K) (Entered: 11/02/2023) |
| 11/02/2023 | | SERVICE BY MAIL: 33 Order served on Michael Ernest Mitchum Jr.. (Lopez, K) (Entered: 11/02/2023) |
| 11/08/2023 | 34 | NOTICE of CHANGE of ADDRESS to 1027 Sierra Ave Oroville, CA 95965 by Michael Ernest Mitchum, Jr. (Lopez, K) (Entered: 11/09/2023) |
| 11/13/2023 | | RE-SERVICE BY MAIL: 33 Order re-served on Michael Ernest Mitchum Jr at 1027 Sierra Ave address. (Yin, K) (Entered: 11/13/2023) |
| 11/13/2023 | | MAIL RETURNED as Undeliverable, Return to Sender, Attempted Not Known: 33 Order on Motion for Extension of Time to File Answer sent to Michael Ernest Mitchum Jr. Notice of Change of Address due by 1/22/2024. (Nair, C) (Entered: 11/14/2023) |
| 11/29/2023 | 35 | MOTION to DISMISS by Butte County, Kory Honea. Attorney Camy, William E. added. Motion Hearing set for 1/16/2024 at 01:30 PM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. (Attachments: # 1 Memorandum)(Camy, William) (Entered: 11/29/2023) |
| 11/30/2023 | 36 | MINUTE ORDER (Text Only Entry) issued by Courtroom Deputy for District Judge Dale A. Drozd on 11/30/2023: The parties are notified that 35 Motion to Dismiss has been improperly noticed before District Judge Dale A. Drozd, and therefore, the Motion Hearing set for 1/16/2024 at 01:30 PM before District Judge Dale A. Drozd is VACATED. Pursuant to Local Rule 302(c), this motion shall be heard before the assigned Magistrate Judge, Carolyn K. Delaney. The filer is instructed to contact Magistrate Judge Delaney's courtroom clerk.(Buzo, P) (Entered: 11/30/2023) |
| 11/30/2023 | | SERVICE BY MAIL: 36 Minute Order Terminate Deadlines and Hearings served on Michael Ernest Mitchum Jr. (Buzo, P) (Entered: 11/30/2023) |
| 12/01/2023 | 37 | AMENDED NOTICE of MOTION re 35 Motion to Dismiss by Defendants. Motion Hearing set for 1/31/2024 at 10:00 AM in Courtroom 24 (CKD) before Magistrate Judge Carolyn K. Delaney. (Camy, William) Modified on 12/6/2023 (Spichka, K.). (Entered: 12/01/2023) |
| 12/18/2023 | 38 | REPLY by Butte County, Kory Honea re 35 Motion to Dismiss. (Gross, Matthew) (Entered: 12/18/2023) |
| 01/08/2024 | 39 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 01/08/2024 ORDERING Plaintiff to file an Opposition or a Statement of Non-Opposition to 35 Motion to Dismiss |

| | | |
|---|---|---|
| | | within 30 days of the date of this Order. The hearing set for 01/31/2024 on Defendants' Motion to Dismiss is VACATED and will be reset, if necessary, after the Motion to Dismiss is fully briefed. (Lopez, K) (Entered: 01/08/2024) |
| 01/08/2024 | | SERVICE BY MAIL: 39 Order served on Michael Ernest Mitchum Jr. (Lopez, K) (Entered: 01/08/2024) |
| 02/20/2024 | 40 | FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Carolyn K. Delaney on 02/20/2024 RECOMMENDING that this action be dismissed. Referred to Judge Dale A. Drozd. Objections due within 14 days after being served with these findings and recommendations. (Spichka, K.) (Entered: 02/20/2024) |
| 02/20/2024 | | SERVICE BY MAIL: 40 Findings and Recommendations served on Michael Ernest Mitchum Jr. (Spichka, K.) (Entered: 02/20/2024) |
| 03/13/2024 | 41 | OBJECTIONS to 40 FINDINGS and RECOMMENDATIONS by Plaintiff Michael Ernest Mitchum, Jr. (Nair, C) (Entered: 03/14/2024) |
| 03/18/2024 | 42 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 03/18/2024 GRANTING 41 Motion for Extension of Time and VACATING 40 Findings and Recommendations. Plaintitff is GRANTED 30 days from the date of this order to File and Serve an Opposition or Satement of Non-Opposition to 35 Motion to Dismiss. (Murphy, J) (Entered: 03/18/2024) |
| 03/18/2024 | | SERVICE BY MAIL: 42 Order served on Michael Ernest Mitchum Jr. (Murphy, J) (Entered: 03/18/2024) |
| 03/27/2024 | 43 | NOTICE of CHANGE of ADDRESS to 7 Gillick Way, Oroville, CA 95965 and REQUEST FOR STATUS of Case by Michael Ernest Mitchum, Jr. [Response sent: The Court will notify you as soon as any action is taken in your case.] (Murphy, J) Modified on 3/29/2024 (Spichka, K.). (Entered: 03/28/2024) |
| 03/29/2024 | | RE-SERVICE BY MAIL: 42 Order re-served on Michael Ernest Mitchum Jr at Butte County Jail. (Spichka, K.) (Entered: 03/29/2024) |
| 03/29/2024 | | MAIL RETURNED as Undeliverable, Return to Sender, Not Deliverable as Addressed: 42 Order and Findings and Recommendations, sent to Michael Ernest Mitchum Jr. Notice of Change of Address due by 6/6/2024. (Nair, C) (Entered: 04/01/2024) |
| 04/15/2024 | 44 | OPPOSITION by Michael Ernest Mitchum, Jr to 35 Motion to Dismiss. (Murphy, J) (Entered: 04/16/2024) |
| 04/22/2024 | 45 | REPLY by Butte County, Kory Honea re 35 Motion to Dismiss. (Gross, Matthew) (Entered: 04/22/2024) |
| 04/26/2024 | 46 | MOTION to AMEND the 1 Prisoner Civil Rights Complaint, MOTION for Clarification by Michael Ernest Mitchum, Jr. (Murphy, J) [Response Sent: 44 Opposition was filed on 4/15/24. 35 Motion to Dismiss is still pending.] Modified on 5/6/2024 (Huang, H). (Entered: 04/29/2024) |
| 05/03/2024 | 47 | RESPONSE to 45 Reply and WITHDRAWAL of 46 Motion to Amend by Michael Ernest Mitchum, Jr. (Kyono, V) Modified on 5/6/2024 (Huang, H). (Entered: 05/06/2024) |
| 05/07/2024 | 48 | OPPOSITION to 46 Motion to Amend by Defendants Butte County, Kory Honea. (Gross, Matthew) Modified on 5/8/2024 (Huang, H). (Entered: 05/07/2024) |
| 07/03/2024 | 49 | NOTICE re DISABILITY CONDITION by Michael Ernest Mitchum, Jr. (Nair, C) (Entered: 07/08/2024) |

| 07/15/2024 | 50 | FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Carolyn K. Delaney on 07/15/2024 RECOMMENDING that the 35 Motion to Dismiss be granted and the 1 Prisoner Civil Rights Complaint be dismissed and this case be closed. Referred to Judge Dale A. Drozd. Objections due within 14 days after being served with these Findings and Recommendations. (Nair, C) (Entered: 07/15/2024) |
|---|---|---|
| 07/15/2024 | | SERVICE BY MAIL: 50 Findings and Recommendations, served on Michael Ernest Mitchum Jr. (Nair, C) (Entered: 07/15/2024) |
| 07/19/2024 | 51 | REQUEST for EXTENSION to Initiate Separate Action by Plaintiff Michael Ernest Mitchum, Jr. (Murphy, J) Modified on 7/22/2024 (Murphy, J). (Entered: 07/22/2024) |
| 07/22/2024 | 52 | REQUEST for JUDICIAL NOTICE by Michael Ernest Mitchum, Jr. (Murphy, J) (Entered: 07/23/2024) |
| 07/23/2024 | 53 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 07/23/2024 DENYING 51 Request for Extension of Time. (Murphy, J) (Entered: 07/23/2024) |
| 07/23/2024 | | SERVICE BY MAIL: 53 Order on Request served on Michael Ernest Mitchum Jr. (Murphy, J) (Entered: 07/23/2024) |
| 08/05/2024 | 54 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 08/05/24 DENYING 52 Request for Judicial Notice. (Benson, A.) (Entered: 08/05/2024) |
| 08/05/2024 | | SERVICE BY MAIL: 54 Order served on Michael Ernest Mitchum Jr. (Benson, A.) (Entered: 08/05/2024) |
| 08/05/2024 | 55 | OBJECTIONS to 50 FINDINGS and RECOMMENDATIONS by Plaintiff Michael Ernest Mitchum, Jr. (Murphy, J) (Entered: 08/06/2024) |
| 09/04/2024 | 56 | ORDER signed by District Judge Dale A. Drozd on 9/3/24 ADOPTING 50 Findings and Recommendations in full and GRANTING 35 Motion to Dismiss. This action is DISMISSED. CASE CLOSED. (Licea Chavez, V) (Entered: 09/04/2024) |
| 09/04/2024 | 57 | JUDGMENT dated *9/4/24* pursuant to order signed by District Judge Dale A. Drozd on 9/3/24. (Licea Chavez, V) (Entered: 09/04/2024) |
| 09/04/2024 | | SERVICE BY MAIL: 57 Judgment and 56 Order Adopting Findings and Recommendations served on Michael Ernest Mitchum Jr. (Licea Chavez, V) (Entered: 09/04/2024) |
| 09/12/2024 | 58 | REQUEST for Leave to Supplement the Record by Michael Ernest Mitchum, Jr. (Kyono, V) (Entered: 09/13/2024) |
| 09/12/2024 | 59 | MOTION to Correct the Record by Michael Ernest Mitchum, Jr. (Kyono, V) (Entered: 09/13/2024) |
| 09/16/2024 | 60 | ORDER signed by Magistrate Judge Carolyn K. Delaney on 9/16/2024 DENYING 58 and 59 Requests. (Huang, H) (Entered: 09/16/2024) |
| 09/16/2024 | | SERVICE BY MAIL: 60 Order served on Michael Ernest Mitchum Jr. (Huang, H) (Entered: 09/16/2024) |
| 09/18/2024 | 61 | NOTICE of APPEAL by Michael Ernest Mitchum, Jr as to 56 Order Adopting Findings and Recommendations and 57 Judgment. (Murphy, J) (Entered: 09/19/2024) |
| 09/19/2024 | 62 | APPEAL PROCESSED to Ninth Circuit re 61 Notice of Appeal filed by Michael Ernest Mitchum, Jr. Notice of Appeal filed *9/18/2024*, Complaint filed *12/29/2022* and Appealed Order / Judgment filed *9/4/2024*. Court Reporter: *N/A*. *Fee Status: IFP |

| | | |
|---|---|---|
| | | Granted on 3/6/2023* (Attachments: # 1 Appeal Information) (Murphy, J) (Entered: 09/19/2024) |
| 09/19/2024 | | SERVICE BY MAIL: 62 Appeal Processed to USCA, served on Michael Ernest Mitchum Jr. (Murphy, J) (Entered: 09/19/2024) |
| 09/25/2024 | 63 | USCA CASE NUMBER 24-5777 for 61 Notice of Appeal filed by Michael Ernest Mitchum, Jr. (Licea Chavez, V) (Entered: 09/25/2024) |
| 09/25/2024 | 64 | USCA NOTICE to 61 Notice of Appeal referring matter to district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. If the district court elects to revoke IFP, the district court is requested to notify this court and the parties of such determination within 21 days. If the district court does not revoke IFP, such status will continue automatically for this appeal. (Benson, A.) (Entered: 09/30/2024) |
| 12/05/2024 | 65 | PRISONER AUTHORIZATION FORM addressed to the Ninth Circuit by Michael Ernest Mitchum, Jr. (USCA ) (Becknal, R.) Modified on 12/9/2024 (Yin, K). (Entered: 12/06/2024) |