UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL ERNEST MITCHUM, Jr.,

Plaintiff - Appellant,

v.

KORY L. HONEA, Butte County Sheriff; et al.,

Defendants - Appellees.

No. 24-5777

D.C. No.
2:22-cv-02313-DAD-CKD

Eastern District of California, Sacramento

MANDATE

The judgment of this Court, entered July 27, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT